## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| IN RE: APPEAL OF DISTRICT ATTORNEY'S DENIAL OF PRIVATE CRIMINAL COMPLAINT OF CHARYN HAMELLY AGAINST DEFENDANT CHERRY LYNNE POTEET | : : : : : : : : : : : | No. 505 WAL 2018<br><br>Petition for Allowance of Appeal from the Order of the Superior Court |
| PETITION OF: CHARYN HAMELLY | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of June, 2019, the Petition for Allowance of Appeal is **DENIED**.